No. 84–5712.  GOLDEN v. NEWSOME, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 84–5713.  LEWIS v. FROSCH, ADMINISTRATOR OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, ET AL. C. A. 6th Cir.  Certiorari denied.

No. 84–5718.  HUBBARD v. WADE, DISTRICT ATTORNEY, DALLAS COUNTY, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 84–5729.  GOLDEN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 84–5733.  VALDOVINOS-VALDOVINOS v. UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 84–5734.  WILLIAMS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–5737.  PALUMBO v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 84–5740.  AHMAD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 84–5750.  DINGUS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–5755.  THIBODEAUX v. THIBODEAUX ET AL.  Sup. Ct. La.  Certiorari denied.

No. 84–5756.  RASCO v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 84–5763.  VICCARONE ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 84–5764.  THAPER v. NEW JERSEY DEPARTMENT OF EDUCATION ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 84–5767.  BOYER v. COMMISSIONER OF INTERNAL REVENUE.  C. A. D. C. Cir.  Certiorari denied.